IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC., | | No. CIV S-08-2917 JAM DAD PS |
| | Plaintiff, | |
| v. | | |
| WARREN OLIVER, et al., | | <u>ORDER RE-SETTING STATUS</u><br><u>(PRETRIAL SCHEDULING)</u><br><u>CONFERENCE</u> |
| | Defendants. | |
| _____/ | | |

In the above-entitled action, plaintiff is proceeding against two individuals and a business entity. Defendants Warren Oliver and Robyn Dyer-Oliver are proceeding pro se. No appearance has been made by defendant N-Zone Sports Lounge. The status (pretrial scheduling) conference originally scheduled for July 10, 2009, was continued to July 17, 2009 due a conflict in the court's schedule. On July 17, 2009, plaintiff and the two individual defendants agreed to an early settlement conference. A settlement conference was held on September 24, 2009, but the case did not settle. By this order, the status conference is re-set.

Pursuant to the provisions of Rule 16 of the Federal Rules of Civil Procedure, IT IS ORDERED that:

1. A Status (Pretrial Scheduling) Conference is set for **Friday November 13, 2009, at 11:00 a.m.**, in Courtroom No. 27, before Magistrate Judge Dale A. Drozd.

1

      2. The parties are required to appear at the Status (Pretrial Scheduling) and may do so either in person or telephonically.[1]  To arrange telephonic appearance, the party shall contact Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128, no later than three days before the Status (Pretrial Scheduling) Conference.

      3. Plaintiff shall file and serve a status report on or before **Friday October 30, 2009,** and defendants shall file and serve a status report on or before **Friday November 6, 2009**. Each status report shall address all of the following matters:

      a. Progress of service of process;

      b. Possible joinder of additional parties;

      c. Any expected or desired amendment of the pleadings;

      d. Jurisdiction and venue;

      e. Anticipated motions and the scheduling thereof;

      f. Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

      g. Future proceedings, including the setting of appropriate cut-off dates for discovery and law and motion, and the scheduling of a final pretrial conference and trial;

      h. Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

      i. Whether the case is related to any other case, including matters in bankruptcy;

      j. Whether the parties intend to consent to proceed before a United States Magistrate Judge; and

/////

/////

---

[1] Of course, defendant N-Zone Sports Lounge may not appear in propria persona. See Local Rule 83-183(a) ("A corporation or other entity may appear only by an attorney.").

        k.      Any other matters that may aid in the just and expeditious disposition of this action.

DATED: October 5, 2009.

                                                                                /s/ Dale A. Drozd  
                                                                                DALE A. DROZD  
                                                                                 UNITED STATES MAGISTRATE JUDGE

DAD:kw  
Ddad1\orders.prose\jjsports2917.ossc2