Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No. 2:08-cv-2917-JAM-DAD |
| Plaintiff, | PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE FOR PRETRIAL CONFERENCE; and ORDER |
| vs. | |
| WARREN OLIVER, et al. | DATE:  Friday, November 12, 2010 |
| Defendants. | TIME:   10:00 A.M. |

TO THE HONORABLE JOHN A. MENDEZ, THE DEFENDANTS, AND THEIR ATTORNEYS OF RECORD:

The undersigned counsel for Plaintiff J & J Sports Productions, Inc., respectfully requests the opportunity to appear telephonically for the upcoming Pretrial Conference presently scheduled for Friday, November 12, 2010 at 10:00 A.M.

This request is necessitated by the fact that Plaintiff's counsel's law firm is located in South Pasadena, Los Angeles County, outside the Sacramento Division of this Honorable Court, and Plaintiff's counsel has reasonable doubt the defendants will appear themselves at the upcoming Pretrial Conference.

///

///

///

PDF created with pdfFactory trial version www.pdffactory.com

1

2

**WHEREFORE,** Plaintiff respectfully requests that Plaintiff's counsel be permitted to appear by telephone for the Pretrial Conference scheduled for Friday, November 12, 2010 at 10:00 A.M.

3

4

Respectfully submitted,

5

6

7

8   Date:    November 9, 2010                        _/s/ Thomas P. Riley_

9                                                     **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                                      By: Thomas P. Riley
10                                                    Attorneys for Plaintiff
                                                      J & J Sports Productions, Inc.
11   ///

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

It is hereby ordered that Thomas P. Riley, Plaintiff's lead trial counsel in civil action number 2:08-cv-2917-JAM-DAD styled *J & J Sports Productions, Inc. v. Warren Oliver, et al.*, is hereby granted permission to appear telephonically at the Pretrial Conference scheduled for Friday, November 12, 2010 at 10:00 A.M.

Plaintiff's counsel shall be available at his phone number of record [(626) 799-9797] for the duration of the conference.

**IT IS SO ORDERED**:

DATED:  11/9/2010

/s/ John A. Mendez
**THE HONORABLE JOHN A. MENDEZ**
**United States District Court**
**Eastern District of California**

///
///
///
///
///
///
///
///
///
///
///
///

PDF created with pdfFactory trial version www.pdffactory.com

**PROOF OF SERVICE (SERVICE BY MAIL)**

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On November 9, 2010, I served:

**PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE FOR PRETRIAL CONFERENCE; and ORDER (Proposed)**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Warren Oliver (Defendant)
6520 Beamer Way
Rio Linda, CA 95673

N-Zone Sports Lounge, LLC.(Defendant)
c/o Warren Oliver
6520 Beamer Way
Rio Linda, CA 95673

Robyn Gayle Dyeroliver (Defendant)
6520 Beamer Way
Rio Linda, CA 95673

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on November 9, 2010, at South Pasadena, California.

Dated: November 9, 2010                          */s/ Maria Baird*
                                                   MARIA BAIRD

PDF created with pdfFactory trial version www.pdffactory.com