Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Warren Oliver, et al.,<br><br>Defendants. | CASE NO. CV 08-2917 JAM DAD<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS WARREN OLIVER, ROBYN GAYLE DYEROLIVER a/k/a ROBYN GAYLE OLIVER a/k/a ROBYN G. DYER-OLIVER, individually and d/b/a N-ZONE SPORTS LOUNGE; THE N-ZONE SPORTS LOUNGE, LLC, an unknown business entity d/b/a N-ZONE SPORTS LOUNGE |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants WARREN OLIVER and ROBYN GAYLE DYEROLIVER a/k/a ROBYN GAYLE OLIVER a/k/a ROBYN G. DYER-OLIVER, individually and d/b/a N-ZONE SPORTS LOUNGE and THE N-ZONE SPORTS LOUNGE, LLC, an unknown business entity d/b/a N-ZONE SPORTS LOUNGE, that the above-entitled action is hereby dismissed **with prejudice** against WARREN OLIVER and ROBYN GAYLE DYEROLIVER a/k/a ROBYN GAYLE OLIVER a/k/a ROBYN G. DYER-OLIVER, individually and d/b/a N-ZONE SPORTS LOUNGE and THE N-ZONE SPORTS LOUNGE, LLC, an unknown business entity d/b/a N-ZONE SPORTS LOUNGE.

///
///
///
///

PDF created with pdfFactory trial version www.pdffactory.com

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: January 14, 2011      *s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated:      *s/ Warren Oliver*
**WARREN OLIVER**
individually and d/b/a N-ZONE SPORTS LOUNGE
(Defendant)

Dated:      *s/ Robyn Gayle Dyeroliver*
**ROBYN GAYLE DYEROLIVER**
individually and d/b/a N-ZONE SPORTS LOUNGE
(Defendant)

Dated:      *s/ Warren Oliver*
**THE N-ZONE SPORTS LOUNGE, LLC**
an unknown business entity
d/b/a N-ZONE SPORTS LOUNGE
(Defendant)
c/o Warren Oliver

**IT IS SO ORDERED**:


/s/ John A. Mendez      Dated:  1/18/2011
**The Honorable John A. Mendez**
**United States District Court**
**EasternDistrict of California**

STIPULATION OF DISMISSAL
CV 10-2917 JAM DAD
PAGE 2

Case 2:08-cv-02917-JAM-DAD   Document 44   Filed 01/18/11   Page 3 of 3

## PROOF OF SERVICE (SERVICE BY FAX)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On January 14, 2011, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS WARREN OLIVER and ROBYN GAYLE DYEROLIVER a/k/a ROBYN GAYLE OLIVER a/k/a ROBYN G. DYER-OLIVER, individually and d/b/a N-ZONE SPORTS LOUNGE; THE N-ZONE SPORTS LOUNGE, LLC, an unknown business entity d/b/a N-ZONE SPORTS LOUNGE**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Warren Oliver (Defendant)
Robyn Gayle Dyeroliver (Defendant)
The N-Zone Sports Lounge, LLC (Defendant)
c/o Mr. Daniel T. Buckey, Esquire
DANIEL T. BUCKEY, ATTORNEY AT LAW
2233 Watt Avenue, Suite 295
Sacramento, CA 95828

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on January 14, 2011, at South Pasadena, California.

Dated: January 14, 2011                    _____
                                            INESA MAMIDJANYAN

PDF created with pdfFactory trial version www.pdffactory.com